People v Grayson (2025 NY Slip Op 04491)

People v Grayson

2025 NY Slip Op 04491

Decided on July 30, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 30, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
BETSY BARROS
ANGELA G. IANNACCI
LOURDES M. VENTURA, JJ.

2004-10169
 (Ind. No. 2683/03)

[*1]The People of the State of New York, respondent,
v
Oriley Grayson, appellant.

Oriley Grayson, Stormville, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Jason R. Richards and Michael J. Balch of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 26, 2006 (People v Grayson, 35 AD3d 881), affirming a judgment of the Supreme Court, Nassau County, rendered November 8, 2004.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., BARROS, IANNACCI and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court